JUDGE KRAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :    INDICTMENT
          - v. -                    :
                                    :    07 CRIM. 457
LUTICIA McCLARY,                    :
                                    :
          Defendant.                :
                                    :
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

From on or about April 1, 2001, through on or about March 31, 2006, in the Southern District of New York and elsewhere, LUTICIA McCLARY, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, McCLARY received approximately $32,593.00 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUTICIA McCLARY,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

5/22/07 Indictment filed. Case assigned to Judge Kram.

Fox, J.