

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 13, 2007



**BY HAND DELIVERY**

The Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 920
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07
```

      Re:    United States v. Luticia McClary
             S1 07 Cr. 457 (KMK)

Dear Judge Karas:

      On August 9, 2007, the Government filed a Misdemeanor Information in the above-referenced case. Your Honor since has referred this matter to the Magistrate Judge for purposes of taking the defendant's expected guilty plea. Due to scheduling conflicts, including the fact that the Magistrate Court only takes misdemeanor guilty pleas on Wednesdays, the earliest date that the parties can schedule the guilty plea in Magistrate Court is Wednesday, September 5, 2007. I therefore respectfully request that the Court exclude time, from today until September 5, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by such an exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. Defense counsel consents to this exclusion of time.

      I appreciate Your Honor's consideration of this matter.

*[Handwritten endorsement:] Time is excluded until September 5, 2007, for the reasons stated in this letter. See 18 USC § 3161(h)(8)(A).*

*SO ORDERED*
*KENNETH M. KARAS, U.S.D.J.*
*8/15/07*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:  _____
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2937

cc:    Jennifer L. Brown, Esq.
       *By facsimile*