**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
FED: 8/17/07

**BY HAND DELIVERY**
The Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 920
New York, New York 10007

> Re:     United States v. Luticia McClary
>            07 Cr. 457 (KMK)

Dear Judge Karas:

    I write respectfully to confirm that the next pretrial conference in the above-referenced cases has been adjourned from August 9, 2007 to August 15, 2007, at 12:30 p.m. I also respectfully request that the Court exclude time, from August 9, 2007 to August 15, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), to permit the parties to continue discussions of possible resolution of these cases. The ends of justice served by such an exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. Defense counsel consents to this exclusion of time.

    I appreciate Your Honor's consideration of these matters.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:  *John P. C*_____
    John P. Cronan
    Assistant United States Attorney
    Tel.: (212) 637-2779
    Fax: (212) 637-2937

*Conference adjourned to*
*August 16, 2007 at 11:15 AM.*

cc:   Jennifer L. Brown, Esq.
    *By facsimile*

SO ORDERED

KENNETH M. KARAS U.S.D.J. 8/16/07

*Time is excluded for the reasons stated herein.*